IN RE APPLICATION OF WILLIAM C. LOFLAND FOR A LICENSE TO
SELL INTOXICATING LIQUORS IN SOUTH MILFORD.

*Intoxicating   Liquors—Application   for   License to Sell—Place
Wherin it is proposed to Sell; Description of—
—What is Sufficient.*

In an application for a license to sell intoxicating liquors, the description of the place where it was intended to sell same, *held* to be sufficient.

(*April* 6, 1907.)

JUDGES SPRUANCE and BOYCE sitting.
*Charles W. Whiley* and *Frank M. Jones* for applieant.
*Henry Ridgely, Charles W. Cullen* and *Truston F. Causey* for exceptants.

Court of General Sessions, Sussex County, April Term 1907.

The application was to sell intoxicating liquors in less than one quart, etc. at the house known as the Windsor Hotel situate in united school districts Nos. 2, 100, 103, and 104, and in colored school district No. 192.

Among the exceptions filed was the following:

"That the proposed inn or tavern is mentioned in the application of the said William C. Lofland as being located in united school districts Nos. 2, 100, 103, 104, and in colored school district No. 192, in Sussex County, whereas in fact there are no such school districts, and the said tavern is actually located in the united school districts for white children, known as "The Public Schools of Milford", and in united school districts for colored children, known as "United Districts Nos. 163 and 192 in Milford."

The Court held the designation in the application to be sufficient.